# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147117 (19)

BERNARD SUTTON STEVENS BEY,

     Plaintiff-Appellant,

v

                                  SC: 147117
                                  COA: 312610

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.

_____

     On order of the Chief Justice, plaintiff's motion to extend time for payment of the initial partial filing fee as ordered is denied. Within 21 days of the certification of this order, plaintiff shall pay to the Clerk of the Court the initial partial filing fee of $16.00. Failure to comply with this order shall result in the appeal not being filed in this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2013



jam

Clerk